IN THE SUPREME COURT OF THE STATE OF DELAWARE

RAYKIA M. FAUCETT,     §
       Appellant,     §   No. 461, 2023
    §
    v.     §   Court Below–Superior Court
    §   of the State of Delaware
UNEMPLOYMENT     §
INSURANCE APPEAL BOARD,     §   C.A. No. N23A-06-010
       Appellee.     §
    §

Submitted: May 10, 2024
Decided:    July 9, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After consideration of the parties' briefs and the record on appeal, we find it evident that the Unemployment Insurance Appeal Board's Opinion and Decision dated June 27, 2023, should be affirmed on the basis of and for the reasons stated in the Superior Court's Opinion and Order dated November 15, 2023.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-described decisions of the Unemployment Insurance Appeal Board and the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

---

[1] *Faucett v. Unemployment Ins. Appeal Bd.*, 2023 WL 7601724 (Del. Super. Ct. Nov. 15, 2023).